UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZANFEL LABORATORIES, INC.,

       Plaintiff,                              Case No. 1:08-CV-749

v.                                             Hon. Gordon J. Quist

RITE AID CORPORATION,

       Defendant.
_____/

**CERTIFICATION**

        Pursuant to 28 U.S.C. § 2403(a) and Rule 5.1(b), Federal Rules of Civil Procedure, the court hereby certifies to the Attorney General of the United States that the constitutionality of 35 U.S.C. § 292 has been drawn into question by the pleadings filed in the captioned matter.  If the United States elects to intervene pursuant to § 2103(a), it shall do so not later than 60 days after the date of this certification.  Rule 5.1(c).

        The Clerk of the Court is directed to serve a copy of this Certification upon the Attorney General of the United States and the United States Attorney for the Western District of Michigan, and shall attach to the Certification a copy of the Complaint and Answer filed in this matter.

        IT IS SO CERTIFIED and ORDERED this 22nd day of October, 2008.

                                            /s/ Hugh W. Brenneman, Jr.
                                           HUGH W. BRENNEMAN, JR.
                                           United States Magistrate Judge